United States District Court
Southern District of Texas
**ENTERED**
July 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QBE SPECIALTY INSURANCE COMPANY and TOKIO MARINE UNDERWRITING LIMITED, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-23-2626 |
| EDURO HEALTHCARE, LLC, | § § § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Plaintiffs' QBE Specialty Insurance Company and Tokio Marine Underwriting Limited's Motion for Summary Judgment and denying Eduro Healthcare, LLC's Motion for Summary Judgment Against Plaintiffs QBE Specialty Insurance Company and Tokio Marine Underwriting Limited, the court **ADJUDGES** that there is no coverage under the Policy (Commercial Property Policy, Policy Nos. MSP-37937 and AMR-78036) for Defendant's loss resulting from the January 24,

2023, tornado, and the court **ADJUDGES** that Defendant take nothing from Plaintiffs.

Costs will be taxed against the Defendant.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 11th day of July, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE